Attorney block

MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    E-Mail: Brigid.Martin@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 06-00698-01 YGR |
| v. | [PROPOSED] ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR RETURN OF PROPERTY |
| VERNON LOUISVILLE, | |
| Defendant. | |

Based on the United States' representation that the Defendant's cellular telephone is available to be released to his attorney or his mother in person at the Oakland FBI Office, the Court hereby **DENIES AS MOOT** Defendant's Motion for Return of Property.

This Order terminates Dkt. No. 65.

**IT IS SO ORDERED.**

DATED: November 25, 2013

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
CR 06-00698-01 YGR